**No. 09-8782. Jerry Knighten, Petitioner v. Illinois.**

559 U.S. 1016, 130 S. Ct. 1905, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2547.

March 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

Same case below, 391 Ill. App. 3d 1132, 367 Ill. Dec. 844, 982 N.E.2d 994.

**No. 09-8784. David Lefevre, Petitioner v. Burl Cain, Warden.**

559 U.S. 1016, 130 S. Ct. 1941, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2553.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 586 F.3d 349.

**No. 09-8792. Robert W. Warrington, Petitioner v. Robert W. Phelps, Warden, et al.**

559 U.S. 1016, 130 S. Ct. 1905, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2635.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8794. Daniel Lee Boss, Petitioner v. Texas.**

559 U.S. 1016, 130 S. Ct. 1905, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2713.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Second District, denied.

**No. 09-8796. Charles Rathbun, Petitioner v. Mark Johnson, et al.**

559 U.S. 1016, 130 S. Ct. 1905, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2722.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 339 Fed. Appx. 704.

**No. 09-8800. Verry Saputra, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1016, 130 S. Ct. 1905, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2548.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8810. David White, Petitioner v. Florida.**

559 U.S. 1016, 130 S. Ct. 1905, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2624.

March 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 17 So. 3d 1234.

**No. 09-8817. Terrance Lamont James, Petitioner v. North Carolina.**

559 U.S. 1016, 130 S. Ct. 1906, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2694,

March 22, 2010. Petition for writ of certiorari to the Supreme Court of North Carolina denied.